RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Fernando Ortega-Hernandez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>FERNANDO ORTEGA-HERNANDEZ,<br><br>        Defendant. | Case No. 2:24-mj-00639-MDC<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Second Request) |

      IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Clay Plummer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Fernando Ortega-Hernandez, that the Preliminary Hearing currently scheduled on October 29, 2024 at 4:00 PM, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

      This Stipulation is entered into for the following reasons:

    1.    Mr. Ortega-Hernandez has signed a plea agreement. (ECF No. 15.)

    2.    Plea and sentencing is set for December 4, 2024, at 10:00 AM. (*Id.*)

    3.    Mr. Ortega-Hernandez is incarcerated and does not object to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second request for continuance filed herein. DATED this 25th day of October, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Rick Mula<br>RICK MULA<br>Assistant Federal Public Defender | By /s/ Clay Plummer<br>CLAY PLUMMER<br>Assistant United States Attorney |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FERNANDO ORTEGA-HERNANDEZ,<br><br>　　　　　Defendant. | Case No. 2:24-mj-00639-MDC<br><br>**ORDER** |

　　Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on October 29, 2024 at the hour of 4:00 p.m., be vacated and continued to January 6, 2025 at the hour of 4:00 p.m.

　　DATED this 28th day of October, 2024.

_____
Hon. Maximiliano D. Couvillier III
UNITED STATES MAGISTRATE JUDGE